IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH BEANE,

    Plaintiff,

-vs-

JOHN B. KEMP, JR.,

    Defendant.        CASE NO. 11-CV-428-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Minute Order entered by this Court on June 16, 2011 this case is **DISMISSED** with prejudice.

        NANCY J. ROSENSTENGEL,
        **CLERK OF COURT**

        BY:    /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: June 16, 2011

Digitally signed by David R. Herndon
Date: 2011.06.16 16:21:22 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT